**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

WILLIAM TIMOTHY MAYFIELD,                                                                    PLAINTIFF
ADC#659228

V.                                            4:16CV00709-SWW/JTK

GARY HIGGINS, Former Hope Court
Probation Officer, Saline County Probation
and Parole; SERENA BRAWLEY, Former Hope Court
Probation Officer, Saline County Probation and Parole                    DEFENDANTS

**ORDER**

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the Proposed Findings and Recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Accordingly,

IT IS THEREFORE ORDERED THAT

(1) Plaintiff's claims for money damages against Defendants Higgins and Brawley in their official capacities be DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

(2) Plaintiff's claims against Defendants Hope Court and Saline County Probation and Parole be DISMISSED without prejudice for failure to state a claim upon which relief may be

granted; and

    (3) Plaintiff's slander claim against Defendants Higgins and Brawley be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

    DATED this 4th day of January, 2017.

    /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE