IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM TIMOTHY MAYFIELD
ADC #659228                                                                                            PLAINTIFF

v.                                           4:16CV00709-JTK

GARY HIGGINS, *et al*.                                                                              DEFENDANTS

## JUDGMENT

Based on an Order entered this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of September, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE